IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Antonio Anthony Fair, Jr., | C/A No.: 5:25-12778-TMC |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| York County Detention Center; Sheriff A. W. Breeden; MD Jewell, Medical Doctor; Nurse Practitioner A. Cannon; Nurse Davis; and Nurse Burnett, | |
| Defendants. | |

Antonio Anthony Fair, Jr. ("Plaintiff"), proceeding pro se, filed this action while being detained at the York County Detention Center. Plaintiff alleges Defendants violated his civil rights. On October 16, 2025, the court issued an order informing Plaintiff his Complaint was not in proper form for service and directing Plaintiff to provide service documents for the Defendants named in his case. ECF No. 11. Plaintiff was warned the failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* On October 29, 2025, the proper form order was returned to the court as undeliverable with the notation "Return to Sender, Not Deliverable as Addressed, Unable to Forward." ECF No. 15. It does not appear Plaintiff is still in the custody of the York County Detention Center and a check of the South Carolina Department of Corrections ("SCDC") website reveals Plaintiff is not incarcerated in SCDC.

As a result of Plaintiff's failure to keep the court apprised of his address, neither the court nor the Defendants have any means of contacting him concerning his case. Based on the foregoing, the undersigned recommends this action be dismissed without prejudice in accordance with Fed. R. Civ. P. 41(b). The Clerk is directed to send this Report and Recommendation to Plaintiff at his last known address. If Plaintiff notifies the court within the time set for filing objections to this

Report and Recommendation that he wishes to continue with this case and provides a current address, the Clerk is directed to vacate this Report and Recommendation and return this file to the undersigned for further handling. If, however, no objections are filed, the Clerk shall forward this Report and Recommendation to the district judge for disposition.

    IT IS SO RECOMMENDED.

November 18, 2025  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. [I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

**Robin L. Blume, Clerk**
**United States District Court**
**Post Office Box 2317**
**Florence, South Carolina 29503**

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).